FILED

09/23/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0563

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 24-0563

_____

KNUDSEN FAMILY LIMITED PARTNERSHIP,
a Montana Limited Partnership, and MILES
KNUDSEN,

      Petitioners,

    v.

MONTANA FIFTEENTH JUDICIAL DISTRICT
COURT, ROOSEVELT COUNTY,
HONORABLE DAVID CYBULSKI, Presiding,

      Respondent.

O R D E R

_____

Petitioners Knudsen Family Limited Partnership (KFLP) and Miles Knudsen, via counsel, seek a writ of review or supervisory control, with a stay of proceedings, to vacate the August 7, 2024 Order on Contempt and the September 4, 2024 Order on Contempt of the Fifteenth Judicial District Court, Roosevelt County, in Cause No. DV-43-2016-013.

The case underlying this proceeding is an action filed against KFLP by Thomas Mann Post No. 81 of the American Legion (American Legion) for quiet title and to obtain a declaratory judgment that the American Legion owns an easement across KFLP's property for public access to a parcel of land known as the "Legion Park Parcel." After the District Court granted summary judgment in favor of the American Legion, concluding that the American Legion owned an easement across KFLP's property, KFLP appealed to this Court. We affirmed the District Court's holding that the American Legion has an implied easement by preexisting use across KFLP's property, but reversed in part as "[t]o the extent the District Court ostensibly expanded the scope of the 1913 written easement by granting summary judgment against KFLP on the [Town of Culbertson's] complaint," and as to the amount of attorney fees awarded to the American Legion. We remanded the

case to the District Court for an evidentiary hearing as to the reasonableness of attorney fees to which the American Legion may be entitled.

According to KFLP, further disputes arose between the American Legion and KFLP regarding restoration of the easement and access to the Legion Park Parcel. As a result of these disputes, the District Court has found KFLP in contempt and issued sanctions against KFLP, including awarding the American Legion its attorney fees. KFLP and Miles Knudsen now ask this Court for a writ of certiorari or to take supervisory control over the District Court.

Pursuant to Article VII, Section 2(1), of the Montana Constitution, this Court may issue, hear, and determine writs appropriate thereto, including such other writs as may be provided by law, including the writ of review or certiorari. See Title 27, Ch. 25, MCA. Article VII, Section 2(2), of the Montana Constitution, provides that this Court may exercise supervisory control over other courts. The procedure for a petition for extraordinary writ, including writs of review and of supervisory control, is found within M. R. App. P. 14. Pertinent to our disposition of the present petition, M. R. App. P. 14(6) provides in part, "If a petition for an extraordinary writ or for a writ of supervisory control is filed with respect to any proceeding pending in the district court, the petition and any exhibits relating to a ruling of the district court must be served upon the district judge against whose ruling it is directed and upon all parties."

In this instance, KFLP and Knudsen served their Petition upon the Clerk of the Roosevelt County District Court and upon the presiding Judge, Hon. David Cybulski. They failed to serve the parties to the underlying case.

Petitioners' failure to comply with the mandatory provisions of Rule 14(6) leaves this Court without jurisdiction to entertain the matter. *Mont. Power Co. v. Mont. Dep't of Pub. Serv. Regulation*, 218 Mont. 471, 479, 709 P.2d 995, 999 (1985) (holding that this Court acquires no jurisdiction to entertain and determine an appeal if the mandatory statutory provisions are not complied with) (citing *In re Malick's Estate*, 124 Mont. 585, 228 P.2d 963 (dismissing an appeal where the appellant failed to serve notice of appeal as

2

required by statute)); *B.D. & J.D. v. Thirteenth Jud. Dist.*, No. OP 21-0335, 405 Mont. 536, 495 P.3d 417 (July 20, 2021, *reh'g denied* Aug. 17, 2021).

IT IS THEREFORE ORDERED that the petition for writ of review or supervisory control is DENIED and DISMISSED WITHOUT PREJUDICE.

The Clerk is directed to provide immediate notice of this Order to counsel for Petitioner, all counsel of record in the Fifteenth Judicial District Court, Roosevelt County, Cause No. DV-43-2016-013, and the Honorable David Cybulski, presiding.

DATED this 23rd day of September, 2024.

/S/ MIKE McGRATH
/S/ JAMES JEREMIAH SHEA
/S/ BETH BAKER
/S/ LAURIE McKINNON
/S/ JIM RICE

Electronically signed by:
James Jeremiah Shea
Justice, Montana Supreme Court
September 23 2024